U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 14 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 07-50057 |
| versus | JUDGE STAGG |
| GREGORY J. HILL | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's **Motion to Suppress (Doc. 12) be denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 14th day of September, 2007.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE